SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO BRANCH

| | |
|---|---|
| TONI A. KREIS, | Case No.: 2:17-cv-01633-CMK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion for Summary Judgment/Remand in the above-referenced case is hereby extended to the new due date of April 12, 2018.

This extension (45 days) is requested due to an error in calendaring, the writer has two out-of-town oral arguments scheduled before the 2nd Circuit, and prior plans to attend a conference during the same time period.

DATED: March 8, 2018
McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, Acting
Regional Chief Counsel, Region IX

RICHARD M. RODRIGUEZ
*/s/ Richard M. Rodriguez*
(As authorized via E-mail on 3/5/18)
Special Assistant U S Attorney
Attorneys for Defendant

SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO BRANCH

| | |
|---|---|
| TONI A. KREIS,<br><br>        Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant | Case No.: 2:17-cv-01633-CMK<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND** |

    Pursuant to the stipulation of the parties for a requested first extension of Plaintiff's time to file a Motion for Summary Judgment/Remand, the request is hereby APPROVED.

    Plaintiff shall file her Motion for Summary Judgment/Remand on or before April 12, 2018.

    SO ORDERED.

Dated: March 8, 2018

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE