MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| TONI A. KREIS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:17-cv-01633-JAM-CMK<br><br>MOTION FOR LEAVE TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT 1 DAY LATE |

    Defendant, through her counsel of record, moves for leave to file Defendant's response to Plaintiff's Motion for Summary Judgment, one day late from the original due date of May 29, 2018, to May 30, 2018.

    On May 30, 2018, Defendant's counsel received a response from Plaintiff's counsel stating Plaintiff had no objection to an extension of time for Defendant's response to be filed May 30, 2018.

Defendant took additional time to fully review the record and research the issues presented by Plaintiff's motion for summary judgment in this case.

Respectfully submitted,

Date: May 30, 2018

MCGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED. DEFENDANT'S MOTION (DOC. 19) IS DEEMED TIMELY.

Dated: May 31, 2018

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE